

## AUTOPSY REPORT

M2007-0441

Report of death by Dr. Kunjlata Ashar M.D., Medical Examiner

Name: Laurie Winters
Residence: 10 Stewart Pl. Apt 1AE White Plains, NY

Place of death: DOA-White Plains Hospital

Age: 49 Years       Sex: F       Race/Ethnicity: White

Date & Time-
Pronounced
Of Death: 02/28/07 08:47 AM
Examiner notified: 02/28/07 09:24 AM
Of arrival at scene: 00/00/00 00:00 00

Reported by: Det. Swift
Primary police agency: White Plains

I hereby certify that I, Dr. Kunjlata Ashar have performed an autopsy (in the presence of Dr. Hyland, Dr. Roh) on the above named person at the Medical Examiner's Facility, Valhalla, N.Y., on 02/28/07 01:00 PM.

Signed: *Kunjlata Ashar MD*
Dr. Kunjlata Ashar
Pathologist/Medical Examiner



DEFENDANT'S EXHIBIT B



Department of
Laboratories and Research
10 Dana Road Valhalla, NY 10595

# AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 1 -

EXTERNAL DESCRIPTION:

The body is received clad in a hospital gown with following therapeutic procedures: Two endotracheal tubes are present in the mouth. Intravenous catheter is present in the right antecubital fossa. Therapeutic needle puncture marks are present in the left antecubital fossa, covered with gauze and adhesive tape. EKG patches are present over the chest. The right ankle has a hospital identification bracelet with deceased's name on it.

The body is that of a well-developed, slender, white female measuring 67 inches in height, weighing 126 pounds, and appears to be stated age of 49 years. The body feels at room temperature and has slight rigidity. Blanching purplish-red lividity is present on the back. The face and neck are congested. The scalp hair is brown and straight. The facial bones are symmetrical. The eyes show equal round pupils measuring 5 mm in diameter, hazel irides, and minimally congested conjunctivae with several fine petechial hemorrhages of in palpebral conjunctivae of both eyes. The nasal bones are intact on inspection and palpation. The nasal septum is intact. The right side of forehead reveals a purplish ecchymosis measuring ¾ inch in greatest dimension. The nose reveals



Department of
Laboratories and Research
10 Dana Road, Valhalla, NY 10595

## AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 2 -

a purplish ecchymosis measuring 1¼ x 1 inch. The upper lip, in the midline, shows a purplish ecchymosis measuring ¾ inch in greatest dimension. The left side of chin and neck area reveals 2 linear, purplish-red ecchymoses measuring up to 4 inches in length. The external auditory canals are unremarkable. The earlobes are pierced twice. The upper jaw has no teeth, while some natural teeth are present in the lower jaw. The neck shows centrally located trachea and is free of trauma or deformity. The mid-portion of right clavicle shows a linear red abrasion measuring 1 inch in length. The chest is well expanded and is symmetrical. The breasts are soft on palpation. There is a curvilinear purplish-red depression mark across the mid-chest measuring 8 inches in length. The abdomen is ~~markedly~~ mildly-to-moderately protuberant. There is obliquely oriented, linear, purplish-red faint ecchymosis across the abdomen, below the umbilicus, measuring 9 inches in length. The external genitalia are those of an adult female. Both upper as well as lower extremities are free of deformity. The anterior aspect of left lower leg reveals 3 purplish-blue ecchymotic areas measuring up to ¾ inch in greatest dimension. The fingernails are cyanotic. No



Department of
Laboratories and Research
10 Dana Road Valhalla, NY 10595

# AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 3 -

needle track marks are evident. The back shows normal curvature and is free of trauma or deformity.

PRIMARY INCISION:

The body is opened by usual Y-shaped thoracoabdominal incision. The abdominal pannus measures up to 3/4 inch in thickness. The pleural cavities, pericardial sac and peritoneal cavity are free of excess fluid or adhesions. All the abdominal viscera are in their usual anatomical site. The vermiform appendix is present.

CENTRAL NERVOUS SYSTEM:

The scalp is reflected by usual intermastoid coronal incision. The soft tissues of scalp, in the left frontal region, reveal 2 areas of hemorrhage measuring up to 1 inch in greatest dimension. The underlying skull bones and dura are intact. The brain weighs 1340 grams. The leptomeninges are thin and transparent. There is no evidence of epidural, subdural or subarachnoid hemorrhage. The sulci and gyri are unremarkable. The gray and white matter is well delineated. No lesions are seen within the brain parenchyma. The



Department of
Laboratories and Research
10 Dana Road Valhalla, NY 10595

## AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 4 -

cerebellum, midbrain, pons and medulla are unremarkable. The blood vessels at the base of brain are thin walled and widely patent.

The soft tissues and muscles of back of neck, in upper cervical region, are reflected through the same incision and they fail to reveal hemorrhage. The tectorial membrane is incised, and no hemorrhage is seen in the ligaments. There is no hemorrhage in the anterior paraspinal muscles. The cervical spinal cord is removed by the wedge section of the vertebrae through anterior approach. There is no evidence of epidural or subdural hemorrhage surrounding the spinal cord. The underlying spinal cord is intact without softening, discoloration or hemorrhage.

### CARDIOVASCULAR SYSTEM:

The heart weighs 360 grams. The epicardium contains usual amount of adipose tissue. There is no dilatation of chambers. The valves are soft and pliable. The measurements of valvular circumferences are as follows: tricuspid 11 cms, pulmonic 7.5 cms, mitral 9 cms, and aortic 6.5 cms. The endocardium is smooth and glistening. The myocardium is brown and meaty. The right ventricle is 0.3 cms in thickness, while the left ventricle is 1.5 cms in thickness. The



Department of
Laboratories and Research
10 Dana Road Valhalla, NY 10595

# AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 5 -

coronary ostia are widely patent. The coronary arteries are normal in distribution, are thin walled and widely patent. The aorta and its major branches reveal minimal atheromatous change. The inferior vena cava is unremarkable.

NECK ORGANS:

The hyoid bone and thyroid cartilages are intact. The strap muscles are free of hemorrhage. The thyroid is of usual adult size and has brown colloidal parenchyma. The laryngeal and tracheal mucosa is unremarkable. No foreign material is present in their lumina.

RESPIRATORY SYSTEM:

The right lung weighs 260 grams, while the left lung weighs 340 grams. The visceral pleura is smooth and glistening. The lung parenchyma is pinkish-gray and soft. Moderate amount of anthracotic pigment is present. The bronchi and pulmonary arteries are patent.

GASTROINTESTINAL SYSTEM:

The esophagus is lined by intact mucosa. The stomach contains about 300 ccs of undigested food containing pieces of yellowish-orange vegetable, skin of some vegetables, and a few tiny pieces of white meat. The gastric mucosa is

# AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 6 -

intact and shows usual rugal pattern. The duodenum is free of ulceration. The jejunum, ileum, and large intestines are unremarkable. The vermiform appendix is present.

## HEPATOBILIARY SYSTEM:

The liver weighs 2000 grams. Its usual capsule is smooth and glistening. The cut surface shows preserved lobular architecture, is brown, and is of usual consistency. The gallbladder contains about 40 ccs of bile. The gallbladder mucosa is green and velvety.

## SPLEEN:

The spleen weighs 270 grams. Its capsule is smooth and glistening. The cut surface is dark purplish-red and shows usual trabecular and follicular pattern.

## PANCREAS:

The pancreas lies in the usual anatomical site, is of usual adult size, and has tan lobular parenchyma.

## ADRENALS:

The adrenals lie in their usual anatomical site, are of usual adult size, and have golden-yellow cortices and brownish medullae.



Department of
Laboratories and Research
10 Dana Road Valhalla, NY 10595

## AUTOPSY REPORT

**NAME:** Laurie Winters
**JOB NUMBER:** M2007-0441

- 7 -

GENITOURINARY SYSTEM:

Each kidney weighs 180 grams. Their capsules strip with ease. The cortical surfaces are smooth. The corticomedullary junction is well delineated. The calices, pelves and ureters are patent. The urinary bladder contains about 4 to 5 ccs of urine. The urinary bladder mucosa is unremarkable. The ovaries, fallopian tubes, uterus, cervix and vagina are unremarkable.

MUSCULOSKELETAL SYSTEM:

The muscles are well developed. The right 4th and 5th ribs are fractured in mid-clavicular line, with hemorrhage into surrounding soft tissues and muscles. All other bones are intact on inspection and palpation.

LYMPHATIC SYSTEM:

Porta hepatic and peripancreatic lymph nodes measure up to 1 inch in greatest dimension and have tan cut surface. All other lymph nodes are within normal limits.



Department of
Laboratories and Research
10 Dana Road Valhalla, NY 10595

## AUTOPSY REPORT

NAME: Laurie Winters
JOB NUMBER: M2007-0441

- 8 -

CAUSE OF DEATH:

~~PENDING FURTHER STUDY AND INVESTIGATION:~~ Acute mixed drug intoxication (oxycodone, hydrocodone, diazepam, fentanyl, carisoprodol and paroxetine)

Suicide

*Kunjlata Ashar MD 10·4·07*

Kunjlata Ashar, M.D.
Pathologist/ Deputy Medical Examiner

KA/cbn

March 1, 2007