# WHITE PLAINS POLICE DEPARTMENT
## SUPPLEMENTARY INCIDENT REPORT

| | | | |
|---|---|---|---|
| **CRIME CLASSIFICATION:** | Death investigation | **INCIDENT NUMBER:** | 07-6751 |
| **REPORTING OFFICER:** | Det. Bryan Hembury #D41-1768 | **DATE OF INCIDENT:** | 02/28/07 |
| **LOCATION OF INCIDENT:** | 10 Stewart Pl., Apt. 1A-E | **DATE OF REPORT:** | 03/1/07 |
| **VICTIM/COMPLAINANT INFORMATION:** | Laurie Rose Winters (DOB 04/09/57, F/W) | | |

Detective Hembury reports opening the following investigation into the death of Laurie Rose Winters (DOB 04/09/57, F/W), of 10 Stewart Pl. Apt. 1A-E.

On February 28th, 2007 at approximately 8:00 A.M., Ambulance One, Sgt. Parlow and P.O. Difeo went to 10 Stewart Pl., Apt. 1A-E, on a report of an unresponsive party. Upon their arrival they observed Laurie Winters (DOB 04/09/57, F/W), lying on the bedroom floor next to her bed. Mrs. Winters husband Jeffrey Winters (DOB 12/17/56, M/W), was on scene and found his wife kneeling on the floor with her head down in a garbage can. Mrs. Winters was unconscious and not breathing. Ambulance One personal Brian Gallagher, Juan Vera and began performing CPR. Transcare Supervisor Jozef Salhab was also at scene assisting. Ambulance personal continued CPR until Mrs. Winters was transported to White Plains Hospital emergency room. Mrs. Winters was worked on by White Plains Hospital Staff until she was pronounced dead by Dr. Demico.

At approximately 8:20 A.M., Sgt. Filardi assigned Detective Cano and I to this investigation. I advised Patrol Units on scene to transport Mr. Winters to the Detective Division. At approximately 50A.M., Capt Kralik, Sgt. Filardi, Detectives Cano, P. Martin, Swift and I went to 10 Stewart Pl. Apt. 1A-E, and met with P.O. Watin who was safeguarding the apartment. A small dog was inside of the apartment. The Animal Control Officer O'Sullivan was contacted and responded to the scene. The door to the apartment was opened and the dog came outside. O'Sullivan transported the dog to the Harrison Animal Shelter for safekeeping. Detective Swift went to the Hospital to view Mrs. Winters body. At approximately 9:01 A.M., Detective Cano and I entered the apartment to begin processing the scene. I took digital photographs of the scene using the Detective Division Nikon camera. Detective Cano and I observed the apartment to be cluttered but otherwise in order. No signs of a struggle was observed. The bedroom where Mrs. Winters was found was otherwise in order. The right side of the bed appeared not to be disturbed or slept in. The left side of the bed where Mrs. Winter's apparently sleeps was disturbed by the comforter being pulled down. Mrs. Winter's was found on the floor next to the left side of the bed. There was a small plastic garbage can with a white plastic bag lining the inside of the can next to a computer desk on the floor. The shelf on the bed headboard contained bottles of prescription pills on both sides of the bed. Most of the pill bottles on the left side of the bed had Mrs. Winters name on them. No pill bottles were observed on the floor where Mrs. Winters was found. A cup with what appeared to be soda was observed on the end table next to the bed on the left side. The Master bathroom appeared to be in order. The second bathroom located in the hallway appeared to be utilized as a closet or storage area and was not easily accessible. All closets appeared to be in order. The following are some on the pills observed in the apartment;

Aiphex 20Mg.
Paroxetinehcl 40 Mg.
Ditropanxi 10 Mg.



DEFENDANT'S EXHIBIT D

...esta 2 Mg.
Lithuim carbonate 300 Mg.
Lipitor
Fentanol boxes

The names of these medications were later forwarded to Dr. Ashar of the Westchester County Medical Examiners Office to assist in her examination.

P.O. Cuervo was assigned to safeguard Mrs. Winters body at White Plains Hospital Emergency Room. While at the scene P.O. Cuervo recovered Mrs. Winters clothing and later placed it into the property system. Detective Swift responded to the Hospital at approximately 9:25 A.M. and covered Mrs. Winters hands with paper bags and sealed them with evidence tape signing his initials over the tape. Detective Swift contacted the Westchester County Medical Examiners Office who stated they were responding. At approximately 11:46 A.M., The Westchester County Medical Examiner Office responded and removed Mrs. Winters body.

At approximately 12:30 P.M., Detectives Swift, Martin and I went to the Westchester County Medical examiners Office to view the autopsy of Laurie Winters. Detective Cano stood by at the scene. Upon our arrival I took digital photos along with the Lab personal of the victims body. Dr. K. Ashar performed the autopsy. Dr. Ashar stated that she did not observe any unusual injuries to the victims body. Dr. Ashar pointed out that the victim had fractures of her ribs on the right side ...nsistent with someone performing CPR. Dr. Ashar stated that the victim appeared to have an enlarged heart for a person of her age. Dr. Ashar after examining the victims liver stated that the victim appeared to have a possible history of drug abuse. Dr. Ashar stated that her results would be pending further study and investigation. After the autopsy Detectives Swift, Martin and I returned to 10 Stewart Pl., Apt. 1A-E. While we continued to process the scene Detective Swift was contacted by Dr. Ashar who stated that she again viewed the body of Laurie Winters. Dr. Ashar stated that she observed slight petechial hemorrhaging on the victims eyelids and that it was possible cause for concern. Dr. Ashar stated that bruising also developed in the area of the victim's nose. Detective Cano and I responded back to the Westchester County Medical Examiners office and met with Dr. Ashar. Dr. Ashar showed me the victim. I observed a small amount of petechial hemorrhaging inside the victim's lower eyelids. I also observed slight bruising to the victim's nose area. I took digital photos of this.

I responded to the Detective Division where Mr. Winters had been waiting in the waiting area. Mr. Winters was given a meal consisting of a turkey sandwich and Coca Cola. At approximately 5:30 P.M., Detective Robbins and I met with Mr. Winters in a Detective Division interview room. At approximately 5:40 P.M., I read Mr. Winters his Miranda right from a preprinted Miranda card. Mr. Winters stated that he understood his rights and acknowledged this both verbally and by signing the Miranda card. I later placed the Miranda card into the case folder. Mr. Winters stated that he was married to his wife Laurie winters for eleven years. Mr. Winters stated that he met his wife online. Mr. Winters stated that his wife is originally from Florida and she came up to visit him and never left. Mr. Winters stated that she has gone back to Florida to visit on occasions. Mr. Winters stated that he and his wife had lived at 10 Stewart Pl., apt. 1A-E since 2001. Mr. Winters stated that he is retired from Verizon where he worked for twenty seven years. Mr. Winters stated that his relationship with

wife was good but with its challenges. Mr. Winters stated that his wife had multiple psychiatric problems and has been diagnosed with borderline personality disorder and was currently taking Lithium. Mr. Winters stated that his wife suffered from chronic back pain and took multiple pain medications. Mr. Winters stated that his wife was a recovering drug addict and was an alcoholic. Mr. Winters stated that his wife had been in rehabilitation centers for both addictions. Mr. Winters stated that his wife's last rehabilitation visit was for an addiction to prescription medication. Mr. Winters stated that he hides his wife pain medication and keeps them locked in a safe in their bedroom. Mr. Winters stated that if he didn't control his wife's pain medication she would abuse them. Mr. Winters stated that he has found his wife abusing pain medications on multiple occasions. Mr. Winters stated that his wife was a smoker but had recently tried to quit. Mr. Winters stated that his wife had some gastrointestinal problems and had high cholesterol and took medications for both. Mr. Winters stated that his wife did not work and has never worked since they had been married. Mr. Winters stated that his wife was being treated by the Southern Westchester Department of Mental Health by two persons named Maxine and Mark.

I asked Mr. Winters to tell me what happened on February 27th, 2007, in regards to a dispute and Police response at his home. On February 27th, 2007 at approximately 8:55 P.M., Patrol Units went to 10 Stewart Pl. Apt. 1A-E, on a report of a husband/wife dispute. P.O. K. Maddocks responded and determined the dispute to be verbal. (See P.O. Maddocks Supplementary report for further.) I later secured the phone call that Mrs. Winters made from their home. Mr. Winters stated that his wife called the Police because she wanted more pain medication and he refused to give it to her. It should be noted that P.O. Maddocks stated that Mrs. Winters told him this while he was on scene. Mr. Winters stated that he has never hit his wife. The February 27th, 2007 dispute call was the only documented domestic dispute call at the home.

Mr. Winters was asked to give his account of what happened on this date February 28th, 2007 in regards to finding his wife. Mr. Winters stated that after the Police left his home he continued to what T.V. with his wife in the living room. Mr. Winters stated that due to recent shoulder surgery he has to sleep in an upright position on the couch. Mr. Winters stated that he had shoulder surgery to repair a torn rotator cuff on his right shoulder. Mr. Winters stated that he has been healing and hasn't been able to move his arm that well. Mr. Winters stated that he slept on the couch and his wife went to the bedroom. Mr. Winters stated that around 3:00 A.M., he awoke to his wife in the kitchen getting a drink. Mr. Winters stated that he had his alarm clock in the living room set for around 7:00 A.M. because he had to make a 9:00 A.M. doctors appointment. Mr. Winters stated that the alarm went off but he didn't wake up right away. Mr. Winters stated that he got up around 7:15 A.M. and was calling to his wife who did not respond. Mr. Winters stated that he went into the bedroom and did not see his wife in the bed and when he walked around the bed he saw his wife kneeling down next to the left side of the bed leaning forward with her head in a garbage can face first. Mr. Winters stated that he thought his wife was passed out at first and he was calling her name. Mr. Winters stated on many occasions he would have to wake his wife from being passed out. Mr. Winters stated that he kept calling to his wife and he then walked over to her. Mr. Winters stated that he pulled his wife back from her shoulder. He then noticed that his wife was blue. Mr. Winters stated that he pulled his wife back and placed her on her back. Mr. Winters stated that he pulled the garbage can out of the way and noticed that his wife was not breathing and her lips were blue. Mr. Winters stated that he checked his wife mouth to make sure nothing was blocking her breathing. Mr. Winters stated

## WHITE PLAINS POLICE DEPARTMENT
## SUPPLEMENTARY INCIDENT REPORT

Page 4 of 5

at his wife had no pulse and he began CPR with one arm. Mr. Winters stated that while at Verizon he took a CPR course. Mr. Winters stated that he called the Police about twenty minutes after finding his wife. Mr. Winters stated that he walked into the living room to look for the phone. Mr. Winters stated that the Ambulance and Police came and he let them in. Mr. Winters was asked why he waited to call the Police and he stated that at first he thought his wife was just passed out. Mr. Winters was asked about insurance policies that he had. Mr. Winters stated that he had an insurance policy for himself but because his wife didn't contribute financially she did not have an insurance policy. Mr. Winters stated that he has a small mortgage their home and that he is financially stable. Mr. Winters was questioned in regards to his gun permit and guns that he possible possessed. Mr. Winters stated that his permit expired around 2001 and he turned his weapons in. Mr. Winters was asked if he had anything to due with the death of his wife and he stated "No, I would never do anything to my wife." I asked Mr. Winters if he killed his wife and he stated "No."
I asked Mr. Winters if he would give me consent to search his home for any other items that could assist with this investigation. Mr. Winters gave full permission to search his home and take any items that could assist in this investigation. Mr. Winters acknowledged this both verbally and by singing a consent to search form. I later placed the form into the case folder. This interview was observed by Detective Cano who took notes which I later placed into the case folder.

At approximately 9:15 P.M., Detectives Cano, Martin and I along with Mr. Winters went to 10 Stewart Pl., Apt. 1A-E. Mr. Winters assisted in opening the safe in the bedroom closet. Mr. Winters opened the safe and retrieved prescription bottles that were his wife's. Mr. Winters closed the safe lid as he was closing the safe I observed what appeared to be a handgun case. I questioned Mr. Winters about possible weapons in the safe and that I was concerned for his safety. Mr. Winters reopened the safe and appeared to be nervous as he spoke to me. Mr. Winters stated as he opened the safe that his wife's father had given her two handguns. Mr. Winters removed two handguns from the safe and handed them to me. Mr. Winters stated that he didn't want the guns and that we could hold them. At this time I told Mr. Winters that I would hold the handguns for safekeeping. I later placed a Ruger .357 Magnum caliber handgun serial #15649201 and a Valor (Geastenberger) .22 Caliber long rifle Serial #2963 into the property system. A gun inquiry was completed with negative results at this time. The Intelligence Unit was advised of the weapons seizures. At this time bedding was seized along with the garbage can. See property for items seized.

At this time I will wait for the final autopsy report from the Westchester County Medical Examiners Office.
Investigation to continue...

---

Det. Bryan Hembury #D41-1768

# WHITE PLAINS POLICE DEPARTMENT
## SUPPLEMENTARY INCIDENT REPORT