## IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

| | |
|---|---|
| KEISHA GARNER, as personal representative of the ESTATE OF LINDA BURRELL and on behalf of the wrongful death beneficiaries of LINDA BURRELL,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN INC., MYLAN PHARMACEUTICALS INC. and MYLAN TECHNOLOGIES INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § Civil Action No. 08-C-260 |

### AFFIDAVIT OF BRIAN CUTHBERTSON

I, Brian Cuthbertson, being duly sworn and under oath, state:

1. I am employed with Mylan Inc. ("Mylan) as Associate Litigation Counsel.

2. I have personal knowledge of the facts set forth in this Affidavit. If called and sworn as a witness, I could and would testify as set forth in this Affidavit. I base my statements upon information obtained from various sources, including my own personal experience as Associate Litigation Counsel of Mylan, its corporate records, documents maintained by Mylan in its regular course of business, and other information obtained by me in the course of my employment as Associate Litigation Counsel for Mylan Inc.

3. I submit this Affidavit in support of the Motion to Dismiss filed on behalf of Mylan Inc., Mylan Pharmaceuticals Inc. and Mylan Technologies Inc. (collectively referred to as the "Mylan Defendants"), in the matter of Keisha Garner, as personal representative of the Estate



DEFENDANT'S EXHIBIT F

of Linda Burrell v. Mylan Inc., et al. currently pending in the Circuit Court of Monongalia County, West Virginia, Civil Action No. 08-C-260.

4. Mylan Inc. is a holding company incorporated under the laws of the Commonwealth of Pennsylvania with its principle place of business at 1500 Corporate Drive, Canonsburg, PA 15317.

5. Mylan Technologies Inc. ("MTI) is a wholly-owned subsidiary of Mylan Inc. and is a corporation organized and existing under the laws of the State of West Virginia with its principle place of business in St. Albans, Vermont.

6. On January 28, 2005, MTI received FDA approval for the manufacture of the Mylan Fentanyl Transdermal System.

7. Pursuant to an Abbreviated New Drug Application submitted by MTI, the FDA issued approval for MTI's manufacture of the Fentanyl Transdermal System concluding that the product was safe and effective when used in accordance with its approved labeling

8. At all times following the approval of MTI's Abbreviated New Drug Application, MTI has manufactured the Fentanyl Transdermal System at its production facilities in St. Albans, Vermont.

9. Distribution of the Mylan Fentanyl Transdermal System is handled through Mylan Pharmaceuticals Inc. ("MPI") another wholly-owned subsidiary of Mylan Inc. MPI is a West Virginia corporation with its principle place of business in Morgantown, West Virginia.

10. Once the Mylan Fentanyl Transdermal System has been manufactured and released for distribution, the product is shipped from Vermont to MPI's distribution center in Greensboro, North Carolina. From there, the Mylan Fentanyl Transdermal System is distributed through a network of independent distributors and wholesalers.

11. In the course of my employment as Associate Litigation Counsel, I have become aware of the filing of this action on behalf of Keisha Garner. In fact, prior to the filing of this Complaint, I received the autopsy report of the Spartanburg Regional Medical Center (Exhibit No. 1 attached) and the Death Certificate issued by the State of South Carolina (Exhibit No. 2 attached).

12. Based upon these documents, the following facts are clear:

   (a) Linda Thackston Burrell died on April 16, 2006, in Duncan, South Carolina (Exhibit No. 2);

   (b) At the time of her death, Ms. Burrell lived at 118 Heath Hill Road, Duncan, South Carolina (Exhibit No. 2).

13. The Complaint identifies the daughter of Ms. Burrell, Keisha Garner, as a resident of the State of South Carolina [see Exhibit No. 1 of the Plaintiff's Complaint].

14. Further, the information received at and prior to the commencement of this action suggests that there are a number of other South Carolina-based witnesses including:

   (a) J. David Wren, M.D., Ph.D.
       Pathologist
       Spartanburg Regional Medical Center
       Spartanburg, South Carolina

   (b) Steven Lully
       Coroner's Investigator
       366 N. Church Street
       Spartanburg, South Carolina 29303

(c)     Ira Thaxton
199 Thaxton Road
Duncan, South Carolina

_____
Brian Cuthbertson, Associate Litigation Counsel

Sworn to and subscribed before me this

30th day of April, 2008.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Natalia M. Ross, Notary Public
Cecil Twp., Washington County
My Commission Expires April 23, 2011
Member, Pennsylvania Association of Notaries

4